NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MATTIE LOMAX,**

*Plaintiff-Appellant*

**v.**

**MAYOR OF THE CITY OF MIAMI, CITY OF MIAMI POLICE DEPARTMENT, JORGE LOO, ERIC SAAVEDRA, BLACK FEMALE, OFFICER THAT SEARCHED MS. LOMAX, (NFN) LATTIMORE, DEPUTY OF COURT NOTARY,**

*Defendants-Appellees*

---

2023-1982

---

Appeal from the United States District Court for the Southern District of Florida in No. 1:09-cv-21176-ASG, Judge Alan S. Gold.

---

PER CURIAM.

## O R D E R

Mattie Lomax seeks to appeal from a 2010 order of the district court entering final judgment against her. As was recently explained to Ms. Lomax in another of her appeals, *Lomax v. Miami Police Department*, Appeal No. 2023-1504, ECF No. 7 (Fed. Cir. May 18, 2023), "the timely filing of a notice of appeal in a civil case is a juris-

2                                LOMAX v. MAYOR OF THE CITY OF MIAMI

dictional requirement," *Bowles v. Russell*, 551 U.S. 205, 214 (2007), and, in order to be timely, a notice of appeal must generally be filed within 30 days after entry of final judgment, 28 U.S.C. § 2107(a); Fed. R. App. P. 4(a)(1)(A). More than a decade has passed since the appealed-from order was entered. Because no court has jurisdiction over this untimely appeal, we dismiss.

Accordingly,

IT IS ORDERED THAT:

(1) The appeal is dismissed.

(2) Each side shall bear its own costs.

FOR THE COURT

August 22, 2023                          /s/ Jarrett B. Perlow
      Date                               Jarrett B. Perlow
                                         Clerk of Court